No. 465. TRACY, EXECUTRIX, *v.* EGGLESTON. Fifth Circuit. Denied November 25, 1901. *Mr. J. D. Rouse, Mr. William Grant* and *Mr. H. M. Jordan* for the petitioners.

---

No. 463. BELL, CLERK, *v.* COMMONWEALTH TITLE INSURANCE AND TRUST COMPANY. Third Circuit. Granted December 2, 1901. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Assistant Attorney General Beck* for the petitioner. *Mr. John G. Johnson* opposing.

---

No. 471. EMPIRE TRANSPORTATION COMPANY *v.* PARSONS. Ninth Circuit. Denied December 2, 1901. *Mr. Henry Galbraith Ward* for the petitioner. *Mr. Wilson R. Gay* opposing.

---

No. 472. CENTRAL STOCK AND GRAIN EXCHANGE OF CHICAGO *v.* BENDINGER. Seventh Circuit. Denied December 2, 1901. *Mr. Jacob J. Kern* and *Mr. William M. Springer* for the petitioner. *Mr. Rufus S. Simmons* opposing.

---

No. 464. SCOTT *v.* GOSS PRINTING PRESS COMPANY. Third Circuit. Denied December 9, 1901. *Mr. Benjamin F. Lee, Mr. William H. H. Lee* and *Mr. James Gore King Lee* for the petitioner. *Mr. L. L. Bond, Mr. M. B. Philipp* and *Mr. C. E. Pickard* opposing.

---

No. 479. LAKELAND TRANSPORTATION COMPANY *v.* MILLER. Sixth Circuit. Denied December 9, 1901. *Mr. Harvey D. Goulder* and *Mr. Frank S. Masten* for the petitioners. *Mr. F. H. Canfield* opposing.